JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST. SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 08-5759 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| TODD R. WISEMAN, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Todd R. Wiseman, in the principal amount of $22,870.44 plus interest accrued to August 27, 2008, in the sum of $18,442.13; with interest accruing thereafter at $5.03 daily until entry of judgment, for a total amount of **$41,312.57**.

DATED: 10/03/2008         By: TERRY NAFISI
                              Clerk of the Court

                              A. KANNIKE
                              Deputy Clerk
                              United States District Court

Page 5